**DISMISS; Opinion Filed July 11, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-12-01343-CV**
_____

**DONNA GAIL PARKER, Appellant**
**V.**
**TURTLE CREEK FINANCIAL GP., LLC AND RANDY DOWDING, Appellees**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-13806-D**

### MEMORANDUM OPINION

Before Justices Lang, Myers, and Evans
Opinion by Justice Evans

Appellant's brief in this case is overdue. By postcard dated March 12, 2013, we notified appellant the time for filing her brief had expired. We directed appellant to file both her brief and an extension motion within ten days. We cautioned appellant that failure to file the brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed her brief, an extension motion, or otherwise corresponded with the Court regarding the status of her brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).


/David Evans/
DAVID EVANS
JUSTICE

121343F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DONNA GAIL PARKER, Appellant

No. 05-12-01343-CV      V.

TURTLE CREEK FINANCIAL GP., LLC
AND RANDY DOWDING, Appellees

On Appeal from the 95th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-09-13806-D.
Opinion delivered by Justice Evans.
Justices Lang and Myers participating.

    In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.
    It is **ORDERED** that appellees TURTLE CREEK FINANCIAL GP., LLC AND
RANDY DOWDING recover their costs of this appeal from appellant DONNA GAIL PARKER.

Judgment entered this 11th day of July, 2013.

/David W. Evans/

DAVID W. EVANS
JUSTICE